UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2019 FEB -5 P 2: 21

STEPHEN C. DRIES
CLERK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

BRETT L. O'KIMOSH,

        Defendant.

Case No. 19-CR-

**19-CR-19**

[18 U.S.C. 922(g)(1) and 924(a)(2)]

**Green Bay Division**

---

## INDICTMENT

---

## COUNT ONE

### THE GRAND JURY CHARGES THAT:

1.     On or about May 16, 2018, in the State and Eastern District of Wisconsin,

### BRETT L. O'KIMOSH,

having been convicted of a crime punishable by imprisonment for a term exceeding one year,

knowingly possessed a firearm, which prior to his possession of it, had been transported in

interstate commerce, and the possession of which was therefore in and affecting commerce.

2.     The firearm is more fully described as a Marlin Model 795 .22 rifle S/N

MM16482Q.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

████████████████████████

FOREPERSON

Dated: _____2/5/19_____

MATTHEW D. KRUEGER
United States Attorney